JS-6

1  Richard J. Foster (SBN 100710)
   E-Mail: foster@fosterlawandsports.com
2  LAW OFFICE OF RICHARD J. FOSTER
   500 Pacific Coast Highway, Suite 210-A
3  Seal Beach, CA 90740
   Telephone: (562) 598-9200
4
   Attorney for Plaintiff
5  ELLEN MARIE THOMPSON

6  Collin D. Cook (SBN 251606)
   E-Mail:  ccook@fisherphillips.com
7  FISHER & PHILLIPS LLP
   One Montgomery Street, Suite 3400
8  San Francisco, CA 94104
   Telephone: (415) 490-9000
9  Facsimile: (415) 490-9001

10 Attorney for Defendant
   KONICA MINOLTA BUSINESS SOLUTIONS
11 U.S.A. INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ELLEN MARIE THOMPSON,<br><br>            Plaintiff,<br><br>      v.<br><br>KONICA MINOLTA BUSINESS SOLUTIONS U.S.A. INC., a corporation; and DOES 1 through 25, inclusive,<br><br>            Defendant. | Case No: 2:24-cv-09274-SVW-BFM<br><br>*(Removed from Los Angeles Superior Court, Civil Case No.:* 24LBCV02013*)*<br><br>[~~PROPOSED~~] ORDER GRANTING THE PARTIES' JOINT STIPULATION TO DISMISS THE ACTION WITH PREJUDICE<br><br>Complaint Filed:   September 18, 2024<br>Removal Date:      October 28, 2024<br>Trial Date:                Vacated |

1

[~~PROPOSED~~] ORDER  GRANTING THE PARTIES' JOINT STIPULATION
TO DISMISS THE ACTION WITH PREJUDICE

1   On September 5, 2025, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Ellen Marie Thompson ("Plaintiff") and Defendant Konica Minolta Business Solutions U.S.A., Inc. ("Defendant") (collectively, the "Parties") by and through their counsel of record, submitted their Joint Stipulation to Dismiss the Action with Prejudice.

Upon consideration of the Stipulation, as well as the pleadings and orders on file, the Court hereby ORDERS as follows:

1. The Parties' Joint Stipulation to Dismiss the Action with Prejudice is GRANTED, with each side to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATE: September 29, 2025

_____
Honorable Stephen V. Wilson

2
[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION TO THE ACTION WITH PREJUDICE